# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Jadin Michael Bliesqn )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
 )
 )
See list attached )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Justin Michael Bliesath
Address: 43 South 3rd Street
Reading, PA 19602
City / State / Zip Code

County: Berks
Telephone Number: (484) 651-4521
E-Mail Address: nekrogenegasm@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name
Job or Title (if known)
Address

City / State / Zip Code

County
Telephone Number
E-Mail Address (if known)

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name
Job or Title (if known)
Address

City / State / Zip Code

County
Telephone Number
E-Mail Address (if known)

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

          *City*    *State*    *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

          *City*    *State*    *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*[handwritten]* O good, So. many. Your smart. You tell me. Right now the court case against me, saying I cant tell someone or spook me, and mine. I cant cope with it.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

These lawyers keep refusing me help. You tell me my time is short. Its seriously dangerous. I pick up empty drug bags on way to store. Ask around. Matter.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pennsylvania

B. What date and approximate time did the events giving rise to your claim(s) occur?

Everyday

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Try to kill me and outwit me with deadly objects. Also the police, as helpful, as they maybe, cannot handle certain things, and the "doctors" they're let run amuck, murderous.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe mental, physical, as well as financial.

They've done stuff to me for being deaf. I hear multiple sounds resembling voices from the products they've allowed. Which Weddings, fair game. Wink.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Stop these things, hear me, hear you. And Out. I've no crystal Ball, and its hard to sum up. What, with the noise. Playing pretend, not for me and you.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-6-20

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                                             City                               State               Zip Code

Telephone Number
E-mail Address

Defendant

Prime Wellness of Pennsylvania, LLC
Buisness State, PA
South Heidelberg Industrial Park,
2 Corporate Boulevard, Sinking Spring, PA, 19608


Franklin Labs, LLC
Buisness State, PA
1800 Centre Avenue, Reading, PA, 19605


Pennsylvania Medical Solutions LLC
Buisness State, MN
2000 Rosanna Ave, Scranton, PA, 18509


Standard Farms, LLC
Business State, PA
411 Susquehanna Street, White Haven, PA, 18661


Ilera Health care LLC
Buisness State, PA
3786 North Hess Rd, Waterfall, PA, 16689

AES Compassionate Care LLC
Buisness State, IL
1086 Wayne Avenue, Chambersburg, PA, 17201


Terrapin Investment Fund1, LLC
Buisness State, PA
180 Henry Street, Jersey Shore, PA, 17740


GTI Pennsylvania, LLC.
Buisness State, IL
601 Market Street, Danville, PA, 17821


AGRiMED Industries of PA LLC
Buisness State, PA
280 Thomas Rd., Carmichaels, PA, 15320

Pure Penn LLC
Buisness State, PA
5 acres on Lot and Block No.307-E-194, Industry Road, McKeesport, PA, 15132


Holistic Farms LLC
Buisness State, PA
911 Industrial Street, New Castle, PA, 16102


Cresco Yeltrah, LLC
Buisness State, PA
646 Service Center Road, Brookville, PA, 15825


Restore Integrative Wellness Center LLC
Buisness State, PA,
812 North Easton Road, Unit 6, Doylestown, PA "No zip given, right to know"


Cresco Yeltrah, LLC
Buisness State, PA
3901 Perkiomen Avenue, Reading PA "No zip given, right to know"


*Franklin BioScience -SE, LLC
Buisness State, PA
522 Ellis Avenue Unit 1A, Colwyn, PA "No zip given, right to know"


Harvest of Southeast PA, LLC
Buisness State, AZ
201 Lancaster Avenue, Reading, PA "No zip given, right to know"


Pharma Cann Penn LLC
Buisness State, PA
2800 W Third Street, Chester, PA "No zip given, right to know"


MLH Explorations, LLC
Buisness State, PA
801-809 Locust St., Philadelphia, PA "No zip given, right to know"

CB Health Services, LLC
Buisness State, IL
255 Horsham Road, Horsham, PA "No zip given, right to know"


Agape Total Health Care, INC
Buisness State, PA
300 Cherry Street, Reading, PA "No zip given, right to know"


GTI Pennsylvania, LLC
Buisness State, IL
68 Watkin Ave, Chadds Ford, PA "No zip given, right to know"


Pennsylvania Dispensary Solutions LLC
Buisness State, MN
1146 S. Main Avenue, Scranton, PA "No zip given, right to know"


BEYOND / HELLO
475 N. 5th Street, Philadelphia, PA "No zip given, right to know"


Agape Total Health Care
101 N. Centre Street, Pottsville, PA "No zip given, right to know"


Pennsylvania Dispensary Solutions LLC
Buisness State, MN
1146 S. Main Avenue, Scranton, PA "No zip given, right to know"


Pennsylvania Dispensary Solutions – Region 23
3731 Route 378, Bethlehem, PA "No zip given, right to know"


Franklin BioScience -NE, LLC
Buisness State, PA
145 E. Broad St, Hazleton, PA "No zip given, right to know"


BEYOND / HELLO
1137 Moosic St., Scranton, PA "No zip given, right to know"

Harvest of Northeast PA, LLC
Buisness State, AZ
340 S. Washington Ave., Scranton, PA "No zip given, right to know"

Harvest of South Central PA, LLC
Buisness State, AZ
2500-2504 North 6th St., Harrisburg, PA "No zip given, right to know"

Local Dispensaries, LLC
Buisness State, PA
137 South 17th Street, Harrisburg, PA "No zip given, right to know"

GTI Pennsylvania, LLC
Buisness State, IL
507 N. York Street, Mechanisburg, PA "No zip given, right to know"

Harvest of North Central PA, LLC
Buisness State, AZ
520 N. Shamokin St., Shamokin, PA "No zip given, right to know"

PharmaCann Penn LLC
Buisness State, PA
235 W Spruce Street, Shamokin, PA "No zip given, right to know"

Franklin BioScience -SW, LLC
Buisness State, PA
BEYOND / HELLO 416 Main Street, Cambria, Johnstown, PA
"No zip given, right to know"

Harvest of Southwest PA, LLC
Buisness State, AZ
Harvest 339 Main St., Johnstown, PA
"No zip given, right to know"

Sunrise Organic Wellness LLC
Buisness State, PA
Sunrise 2320 Sheffield Road, Aliquippa, PA
"No zip given, right to know"

GTI Pennsylvania, LLC
Buisness State, IL
RISE Latrobe 117 Beatty County Road, Latrobe, PA
"No zip given, right to know"


Harvest of Northwest PA, LLC
Buisness State, AZ
Harvest 809 Sampson St., Lawrence, New Castle, PA
"No zip given, right to know"


GTI Pennsylvania, LLC
Buisness State, IL
RISE New Castle Parcel IDs: 34-260600 / 34-290200 New Castle, PA
"No clue, what this is, this was the address given"


## Penn State College of Medicine, Hershey:

PA OFW Cultivation & Processing Facility
50 Perry Avenue, Business Campus One, Duncannon, 17020

PA Options for Wellness, LLC - Lancaster Dispensary,
39 East Chestnut Street, Lancaster, 17602

PA Options for Wellness, LLC - Harrisburg Dispensary
4711 Queen Avenue, Suite 201 Harrisburg, 17109



## Drexel University College of Medicine, Philadelphia:

Agronomed Biologics GP
8th and Hinkson Streets, Chester, 19013

Agronomed BiologicsWest
2nd Street between Norris Street and Church Street, Chester, 19013



## Sidney Kimmel Medical College at Thomas Jefferson University, Philadelphia:

Solterra Care Grow/Process Facility
150 Roebling Road, Fairless Hills, 19030

Solterra Care Locust Street
801-809 Locust St., Philadelphia, 19107

## University of Pittsburgh School of Medicine

Goodblend Pennsylvania LLC
2920 New Beaver Ave, Pittsburgh, 15233

Goodblend Pennsylvania LLC
5522 Baum Boulevard, Pittsburgh, 15232

Goodblend Pennsylvania LLC
2178 West 38th Street, Erie, 16508

"I think that's it, if you know of anyone else, please, include. I haven't, gotten to those, who've, voted, but, I think they are guilty, of crimes, as well." "Maybe we can Eat dinner, in peas." "Rather than piss." "I'd appreciate the help, I don't need the march, I'd prefer the de." "All of Society" ~ Jadin Michael Bliesath

Sadi[?]
43 South 3rd Street
Reading, PA 19602

Edward N Cahn U.S.
Courthouse & Federal Building
504 W Hamilton Street
Allentown, PA 18101